UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHAD E. BENNER, :
:
       Plaintiff : No. 4:11-CV-00316
:
v. : (Judge Nealon)
:
MICHAEL J. ASTRUE, :
COMMISSIONER OF SOCIAL :
SECURITY, :
:
       Defendant :

## ORDER

**NOW**, this 6th day of March, 2012, in accordance with the Memorandum issued this date,

**IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Chad E. Benner as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Chad E. Benner disability insurance benefits and supplemental security income benefits is affirmed.

3. The Clerk of Court shall **CLOSE** this case.

_____
United States District Judge

FILED
SCRANTON

MAR 0 6 2012

Per_____
DEPUTY CLERK